UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MONIQUE JOHNSON,

                Plaintiff,

-against-

KIRSHENBAUM BOND SENECAL +
PARTNERS, ROBIN OKSENHENDLER,
and ROSEANN SANTAMARIA,

                Defendants.

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 10/14/2016

16-civ-6790

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FRCP 41(a)(1)(A)(i)

        NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

        Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Monique Johnson and/or her counsel hereby give notice that the above-captioned action be and is voluntarily dismissed against the defendants, with prejudice, and with no award of attorneys' fees or costs to any party.

Dated: October ___, 2016
       New York, New York

                              JOSEPH & NORINSBERG, LLC

                              By: _____
                              Bennitta Joseph
                              Attorneys for Plaintiff
                              225 Broadway, Suite 2700
                              New York, New York 10007

**SO ORDERED:**

_____
Edgardo Ramos, U.S.D.J
Dated: 10/14/2016
New York, New York